UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR118-008 |
| | ) | |
| DETRA WILEY PATE | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Scott R. Grubman** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Scott R. Grubman** be granted leave of absence for the following periods: **October 15, 2018 through October 22, 2018.**

This 24th day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA