IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR 118-008 |
| DETRA WILEY PATE | * | |

**O R D E R**

Pending before the Court is the Government's Motion to Dismiss Counts Without Prejudice, Motion to Renumber for the Trial, and Motion to Correct Scrivener's Errors. (Doc. 64.) Upon due consideration, the Government's motion to renumber counts and correct scrivener's errors is **GRANTED** for the purposes of trial only. The Court will refrain from dismissing counts at this time. **IT IS HEREBY ORDERED** that <u>for the purposes of trial only</u>, the count structure in the indictment attached as Exhibit "A" to Doc. 67 will be used.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of December, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA