# United States District Court
## Southern District of Georgia
Augusta Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | CASE NUMBER CR118-008 |
| vs | ) | |
| DETRA WILEY PATE | ) ) | |

### ORDER

The petit jury selected for trial of the captioned case, being sequestered during the trial and consideration of said case by direction of this Court, is to be fed its regular meal at a place appropriate for the feeding of said jury. The Clerk for the Southern District of Georgia is hereby directed, pursuant to the provisions of Title 28, U.S.C. § 1871, to disburse to said eating establishment the sum so billed for these meals.

**SO ORDERED**, this 14th day of December, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA