UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CASE NO: CR118-008 |
| v. ) | |
| ) | |
| ) | |
| DETRA WILEY PATE ) | |

## CONSENT ORDER RESOLVING GOVERNMENT'S MOTION FOR RESTRAINING ORDER TO PRESERVE ASSETS FOR RESTITUTION

Defendant Detra Wiley Pate stands convicted, but not yet sentenced, of committing one count of conspiracy to commit health care fraud, twenty-four counts of health care fraud, and eight counts of aggravated identity theft. (Doc. 102). To preserve Defendant's assets for the Defendant's forthcoming restitution judgment, the Government moved for a restraining order to preserve assets for her restitution judgment. (Doc. 144). The Court, as authorized by the All Writs Act, 28 U.S.C. § 1651, granted the Government's motion on a temporary basis, and set the matter down for a hearing on April 17, 2019. (Doc 145).

The parties, via counsel, have reached a resolution of the Government's motion, which this Consent Order reflects. Pursuant to the agreement of the Defendant, by and through her undersigned counsel, and the United States, by and through the undersigned Assistant United States Attorney, the Defendant and the United States hereby state, agree, and stipulate to the following:

1. Defendant voluntarily agrees to abide by the Temporary Restraining Order (Doc. 145) entered on April 4, 2019 pursuant to the terms of this Consent Order.

2. Defendant agrees to confer with the Government and, in good faith, attempt to identify assets that could be used to satisfy a restitution judgment entered in this case.

3. Defendant waives her right to a hearing on this matter.

4. Said waiver is made knowingly, voluntarily, and after receiving the advice of counsel.

5. The parties agree that the Temporary Restraining Order entered on April 4, 2019, shall remain in effect until 30 days after the entry of her judgment,[1] or until otherwise modified by the Court.

6. This Order does not address the amount of restitution to be awarded in this case, as the amount of restitution shall be determined at sentencing.

Accordingly, the Court hereby enters an Order, enjoining Defendant Detra Wiley Pate, her representatives, attorneys, agents, and anyone acting on her behalf, from selling, transferring, alienating, assigning, leasing, encumbering, concealing, or otherwise disposing of, without prior approval of the Court, any real property, financial accounts, ownership interests in any limited liability company, corporation,

---

[1] *See* 28 U.S.C. § 3205(b)(1)(B) (the Government must wait 30 days after making demand for debt before a writ application).

partnership, or other entity, non-essential personal property that exceeds $2,000.00 in value and in which Defendant has an interest, or the proceeds of any sale, lease, encumbrance, or conveyance of the aforementioned assets executed after her conviction on December 11, 2018. This Order shall remain in effect until 30 days after entry of a criminal judgment in this case or until otherwise modified by the Court.

IT IS SO ORDERED, this 16th day of April, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

For the United States of America:
Dated: April 15, 2019

_____
Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477
22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991

For the Defendant Detra Wiley Pate:
Dated: April 15, 2019

_____
Detra Wiley Pate
Defendant

_____
Lauren A. Warner, Esq.
Attorney for Defendant
State Bar No. 425769
Chilivis Cochran Larkins
& Bever LLP
3127 Maple Dr. NE
Atlanta, Georgia 30305
Telephone: (404) 233-4171
Facsimile: (404) 261-2842

4